UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>- against -<br><br>$57,300.00 IN FUNDS FORMERLY ON DEPOSIT AT COMMUNITY STATE BANK IN AVILLA, INDIANA, IN ACCOUNT NUMBER ■6190, HELD IN THE NAME OF R.P. GLOBAL LTD., UP TO AND INCLUDING $57,300, AND ALL FUNDS TRACEABLE THERETO;<br><br>Defendants-in-rem. | Case No. 07 Civ. 9937 (VM)<br><br>CERTIFICATE OF SERVICE<br><br>Seizure No. 3540070344 |

    CHRISTINA M. WILSON hereby certifies that, on December 31, 2007, she caused a true and correct copy of the Claim of Ownership and Contest of Seizure/Forfeiture by R.P. Global Ltd. to be served by Federal Express upon:

    Michael J. Garcia
    United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007

Dated: December 31, 2007

                                                      _____
                                                      CHRISTINA M. WILSON