currency exchange establishment in Jerusalem, Israel (Israeli Company # 513521914), sold to R.P. Global a bundle of 320 checks with a combined value of $686,459.11 in early February 2007 in the ordinary course of business.

15. Within the bundle were two checks, specifically Fidelity Bank Check No. 41088 ($26,100) and Bank of America Check No. 2549400 ($31,200) (collectively, the "Checks"). Copies of the Checks are annexed hereto as Exhibit E.

16. That same day, on February 2, 2007, R.P. Global deposited the bundle of 320 checks with Community State Bank with the total value of $686,459.11. The Checks, totaling $57,300, were part of the bundle so deposited.

17. The deposit system between R.P. Global and Community State Bank was an electronic check deposit system which allows for same day deposit of checks. The "float" is essentially dead.

18. Accordingly, on or about February 3, 2007, R.P. Global received from Community State Bank approximately 80% of the face value of the bundle of checks (which included the Checks), and such amount was immediately paid over to KR. Within a week of that date, the remaining 20% of the face value of the bundle (which, again, included 20% of the face value of the Checks) was received by R.P. Global. At that point, R.P. Global paid to KR the remaining 20% face value of the Checks, minus its usual fee of .0017 (seventeen percent of one percent). As a result, by the first week of February, 2007, the $57,300 at issue here (minus R.P. Global's fee of .0017%) was paid over by R.P. Global to KR (the seizure was in May).

19. At the time R.P. Global accepted, deposited and paid for the Checks at issue, it knew nothing of the U.S. Government's apparent investigation or that of the Grand Jury,