UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>- against -<br><br>$57,300.00 IN FUNDS FORMERLY ON DEPOSIT AT COMMUNITY STATE BANK IN AVILLA, INDIANA, IN ACCOUNT NUMBER ■6190, HELD IN THE NAME OF R.P. GLOBAL LTD., UP TO AND INCLUDING $57,300, AND ALL FUNDS TRACEABLE THERETO;<br><br>Defendants-in-rem. | Case No. 07 Civ. 9937 (VM)<br><br>**RULE 7.1 STATEMENT**<br><br>Seizure No. 3540070344 |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for R.P. Global Ltd. ("R.P. Global"), a registered check cashing and currency exchange establishment in Ramat Beit Shemesh Israel (Israeli Company Number 513492629) and a person having an interest in the funds which are the subject of the above-captioned action (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Dated: New York, New York
January 22, 2008

BAKER & McKENZIE LLP

By: _____
Richard A. De Palma (RD 2818)
Christina M. Wilson (CW 0076)
1114 Avenue of the Americas
New York, NY 10036
(212) 626-4100
Attorneys for
R.P. Global Ltd., claimant