UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　- against -<br><br>$57,300.00 IN FUNDS FORMERLY ON DEPOSIT AT COMMUNITY STATE BANK IN AVILLA, INDIANA, IN ACCOUNT NUMBER ▮6190, HELD IN THE NAME OF R.P. GLOBAL LTD., UP TO AND INCLUDING $57,300, AND ALL FUNDS TRACEABLE THERETO;<br><br>　　　　　　Defendants-in-rem. | Case No. 07 Civ. 9937 (VM)<br><br>CERTIFICATE OF SERVICE<br><br>Seizure No. 3540070344 |

　　　　CHRISTINA M. WILSON hereby certifies that, on January 22, 2008, she caused a true and correct copy of the Answer of R.P. Global Ltd. To Verified Complaint and Jury Demand by R.P. Global Ltd. to be served by Federal Express upon:

　　Michael J. Garcia
　　United States Attorney
　　One St. Andrew's Plaza
　　New York, New York 10007

Dated: January 22, 2008

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　CHRISTINA M. WILSON