| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 07 Civ. 9937 (VM) |
| DEFENDANT | TYPE OF PROCESS |
| $57,300.00 in funds formerly on deposit at Community State Bank, in Avilla, Indiana, in Account No. 8116190, held in the name of R.P. Global, Ltd. | Publication |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ▶ | Sandy Moo, USMS - SDNY |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 500 Pearl Street, New York, New York 10007 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL J. GARCIA, U.S. ATTORNEY - SDNY
UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA
NEW YORK, NY 10007-1703
ATTENTION: Elizabeth Bedner/FSA Paralegal

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):
Fold                                                                                                                                Fold

Please publish the following notice of publication in a newspaper of general circulation for three consecutive weeks.

CATS # 07-FBI-003666

Please return to Elizabeth Bedner/FSA Paralegal, 212-637-1070

| Signature of Attorney or other Originator requesting service on behalf of:<br>AUSA Sharon Frase  *Sharon Frase/EB* | x PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>212-637-2329 | DATE<br>11/13/07 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. 54 | District to Serve<br>No. 54 | Signature of Authorized USMS Deputy or Clerk<br>*Sandy Mo* | Date<br>11/14/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 2/1/08   Time   am / pm<br>*Sandy Mo*<br>Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:  2/1/08 - Notice was published in the New York Law Journal on December 7, 14 and 21, 2007 (copy attached)

PRIOR EDITIONS MAY BE USED                    ORIGINAL                    FORM USM-285

**STATE OF NEW YORK**
*County of New York,*  s:

U.S. ATTORNEY COPY

USA-33s-100-NOTICE OF CIVIL FORFEITURE PROCEEDING Rev. 11/94

UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF NEW YORK — On November 9, 2007, the United States of America commenced a civil action demanding forfeiture thereof under the provisions of 18 U.S.C. §§981(a)(1)(A), 981 (a)(1)(C), and 984, as property derived from proceeds of mail and wire fraud in violation of 18 U.S.C. §§1341 and 1343, and property involved in actual or attempted money laundering transactions, in violation of 18 U.S.C. §§1956 and 1957, $57,300.00 in funds formerly on deposit at Community State Bank, in Avilla, Indiana, in Account No. 8116190, held in the name of R.F. Global, Ltd., seized on or about May 11, 2007. 07 Civ. 9937

Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with Rule G from the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, New York, by January 22, 2008, which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any person with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal regulations, and failure to file such a petition may affect any rights that a person claiming an interest in the property may have with respect to this property.
Dated: New York, New York November, 2007
MICHAEL J. GARCIA
U.S. Marshal/SDNY
JOSEPH R. GUCCIONE
U.S. Attorney/SDNY
929871    d7-F d21

Cynthia Byrd, being duly sworn, says that she is the PRINCIPAL CLERK of the Publisher of the **NEW YORK LAW JOURNAL**, a Daily Newspaper; that the Advertisement hereto annexed has been published in the said **NEW YORK LAW JOURNAL** in each week for 3 successive weeks, commencing on the 7th day of December, 2007.

TO WIT: DECEMBER 7, 14, 21, 2007

*Cynthia Byrd*

SWORN TO BEFORE ME, this 21st day
Of December, 2007.

Jennifer Hannafey
Notary Public, State of New York
No. 01ha6128042
Qualified in Richmond County
Commission Expires June 09, 2009

```
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       -v.-

$57,300.00 IN FUNDS FORMERLY ON
DEPOSIT AT COMMUNITY STATE BANK,
IN AVILLA, INDIANA, IN ACCOUNT NO.
▓6190, HELD IN THE NAME OF R.P.
GLOBAL, LTD., AND ALL FUNDS
TRACEABLE THERETO,

                Defendant-in-rem.

## PUBLICATION AFFIDAVIT
## 07 Civ. 9937 (VM)

---

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York 10007
(212) 637-2329

                                      SHARA E. FRASE
                          Assistant United States Attorney
                                  -Of Counsel-